WINSTON JONES, as Assignee, etc., Respondent, v. THE
MERCHANTS' NATIONAL BANK OF THE CITY OF NEW YORK,
Appellant.

(Argued March 19, 1889; decided March 26, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made May 18, 1888,
which affirmed an order of the Circuit canceling the clerk's
minutes of trial and substituting other minutes, and an order
of Special Term amending judgment for plaintiff and
reconstructing the judgment-roll.

The following is the *mem.* of opinion:

" The verdict of the jury disposed of the real issues involved
in the action.    It remained only to compute the interest and
ascertain the value of the property at the time of the trial
and to put the verdict in proper form.    The appellant claims
that at the time the verdict was directed there was an agree-
ment, by consent in open court, that the interest should be
subsequently computed by the court unless counsel could agree
upon the same.    On the other hand, it is claimed by the
plaintiff that it was stipulated that counsel should agree
between themselves upon the interest and the value of the
property, or if they could not, that the evidence as to them
should be taken before the judge, without the jury, before the
entry of judgment.    As there was a conflict in regard to what
the precise agreement was, we must take the facts here as
claimed by the plaintiff.    The interest was subsequently com-
puted and proof of the value of the property at the time of
the trial was taken before the judge, and all that the courts
have been trying to do since, and have actually accomplished,
has been to carry out the stipulation and to put the verdict in
proper form and cause the entry of the proper judgment.
The verdict and judgment as finally recorded and entered are
in precise conformity with the agreement of counsel and the
requirements of the law; and the only relief against the
judgment, to which the appellant is now entitled, is by an
appeal therefrom.

"We think the court had the power to make the orders appealed from in the exercise of its discretion, and this appeal should, therefore, be dismissed, with costs."

*John E. Burrill* for appellant.

*Burton N. Harrison* for respondent.

*Per Curiam mem.* for dismissal of appeal.
All concur, except GRAY, J., not voting.
Appeal dismissal.